# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLD BBP, INC., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 7<br><br>Case No. 19-12502 (LSS)<br><br>(Jointly Administered) |
| DON A. BESKRONE, SOLELY IN HIS CAPACITY AS THE CHAPTER 7 TRUSTEE OF OLD BBF, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KENNETH WORSHAM AND WALTER SCOTT CAMERON,<br><br>　　　　Defendants. | Adv. Proc. No. _____ |

## COMPLAINT

## THIS COMPLAINT AND ALL EXHIBITS ARE FILED UNDER SEAL

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Old BBP, Inc. (f/k/a Bumble Bee Parent, Inc.) (5118); Old BBH, Inc. (f/k/a Bumble Bee Holdings, Inc.) (1051); Old BBF, LLC (f/k/a Bumble Bee Foods, LLC) (0146); Old AF, LLC (f/k/a Anova Food, LLC) (2140); and Old BBC Corp. (f/k/a Bumble Bee Capital Corp.) (7816). The mailing address for the above-captioned Debtors is Old BBP, Inc., *et al.*, Attn: Albert Altro, Chief Wind Down Officer, Traverse LLC, 300 Spectrum Center Dr., Suite 400, Irvine, California 92618.

Dated: November 21, 2021
       Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

/s/ *Stacy L. Newman*
Gregory A. Taylor (#4008)
Stacy L. Newman (#5044)
F. Troupe Mickler IV (#5361)
Randall J. Teti (#6334)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: gtaylor@ashbygeddes.com
          snewman@ashbygeddes.com
          tmickler@ashbygeddes.com

*Counsel to Don A. Beskrone, Chapter 7 Trustee of the Debtors*